
MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
RYAN B. BAILEY

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN B. BAILEY,<br><br>    Defendant. | Case No.   1:21-cr-00294-NONE-SKO<br><br>**STIPULATION AND ORDER ADVANCING ARRAIGNMENT** |

## STIPULATION

Defendant Ryan Bailey, by his counsel Michael McKneely, and the United States of America through its counsel Katherine Englander Schuh, hereby stipulate as follows:

1. By previous order this matter was set for preliminary hearing on December 15, 2021 at 2:00 p.m.

2. The United States has since received an indictment in this case and counsel, who are both unavailable on December 15, 2021, would like to advance the matter on the Court's calendar to December 14th for arraignment on the indictment.

IT IS SO STIPULATED

Stipulation And Proposed Order Advancing Arraignment -1-

| | |
|---|---|
| DATED: December 9, 2021 | MICHAEL McKNEELY,<br>CRIMINAL DEFENSE ATTORNEY |
| | By:  s/ Michael McKneely<br>MICHAEL McKNEELY<br>Attorney for Ryan Bailey |
| DATED: December 9, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | By:  s/ Katherine Englander Schuh by authorization<br>KATHERINE ENGLANDER SCHUH<br>Assistant United States Attorney |

## **FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders this matter be advanced to **December 14, 2021 at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe** for anticipated arraignment on the indictment.

IT IS SO ORDERED.

Dated:  **December 9, 2021**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE