PHILLIP A. TALBERT
United States Attorney
KIMBERLY SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00294-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING |
| v. | |
| RYAN BRANDON BAILEY | DATE: March 29, 2023<br>TIME: 1:00 pm<br>COURT: Hon. Sheila K. Oberto |
| Defendants. | |

    This case is set for a status conference on March 29, 2023. The parties stipulate and request the Court to order that the status conference be vacated, and a change of plea hearing be set for March 20, 2023, at 10:00 a.m. before the Honorable Jennifer L. Thurston, U.S. District Court Judge. Time is already excluded through March 29, 2023, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: March 14, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY SANCHEZ
KIMBERLY SANCHEZ
Assistant United States Attorney

Dated: March 14, 2023

/s/ MICHAEL McNEELY
MICHAEL McNEELY
Counsel for Defendant
Ryan Bailey

**ORDER**

IT IS SO ORDERED.

DATED: 3/16/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE