Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California  93721
Telephone:  (559) 443-7442
Facsimile:  (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
RYAN B. BAILEY

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:21-cr-00294-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RESCHEDULING SENTENCING AND ASSOCIATED DEADLINES** |
| v. | |
| RYAN B. BAILEY, | |
| Defendant. | |

## **STIPULATION**

Defendant Ryan Bailey, by his counsel Michael McKneely, and the United States of America through its counsel Kimberly Sanchez, hereby stipulate as follows:

1. By previous order this matter was set for sentencing on July 17, 2023, at 10:00 a.m.

2. A draft presentence investigation report has been prepared, however defense counsel needs additional time to review the report with Mr. Bailey in advance of the deadline to submit informal objections, which is currently scheduled for June 19, 2023 (a national holiday).

3. The parties agree that good cause exists to reschedule the sentencing hearing to August 7, 2023, at 10:00am and to adjust all remaining associated sentencing dates as follows:

Counsel's informal written objections to <u>July 3, 2023</u>;

Final presentence report to <u>July 10, 2023</u>;

Formal objections to <u>July 17, 2023</u>; and

Reply or Statement of Non-Opposition to <u>July 24, 2023</u>.

4. Probation Officer Jesse Mora has been consulted by counsel and is not opposed to the requested continuance.

IT IS SO STIPULATED

DATED: June 15, 2023   MICHAEL McKNEELY

By: s/ Michael McKneely
MICHAEL McKNEELY
Attorney for Ryan Bailey

DATED: June 15, 2023   PHILLIP A. TALBERT
United States Attorney

By: s/ Kimberly Sanchez by authorization
KIMBERLY SANCHEZ
Assistant United States Attorney

## **FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders this matter be rescheduled as specified above.

IT IS SO ORDERED.

Dated: **June 19, 2023**

UNITED STATES DISTRICT JUDGE