Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
RYAN B. BAILEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:21-cr-00294-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RESCHEDULING SENTENCING** |
| v. | |
| RYAN B. BAILEY, | |
| Defendant. | |

### STIPULATION

Defendant Ryan Bailey, by his counsel Michael McKneely, and the United States of America through its counsel Kimberly Sanchez, hereby stipulate as follows:

1. By previous order this matter was set for sentencing on August 7, 2023 at 10:00 a.m.

2. Defense counsel is scheduled to commence a jury trial on Monday August 7, 2023 in Kings County Superior Court that, if it proceeds as scheduled, is anticipated to conclude that same week.

3. The parties agree that good cause exists to reschedule the sentencing hearing to **August 14, 2023** at **10:00 a.m.**

IT IS SO STIPULATED

DATED: August 2, 2023   MICHAEL McKNEELY

By: s/ Michael McKneely
MICHAEL McKNEELY
Attorney for Ryan Bailey

DATED: August 2, 2023   PHILLIP A. TALBERT
United States Attorney

By: s/ Kimberly Sanchez by authorization
KIMBERLY SANCHEZ
Assistant United States Attorney

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders this sentencing be rescheduled to August 14, 2023 at 10:00 a.m.

IT IS SO ORDERED

Dated: August 2, 2023

HON. JENNIFER L. THURSTON
United States District Judge