Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
RYAN BAILEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:21-cr-00294-JLT-SKO |
|---|---|
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL McKNEELY AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| RYAN BAILEY, | |
| Defendant. | |

TO THE HONORABLE JUDGE THURSTON AND TO THE UNITED STATES ATTORNEY:

On December 9, 2021, Defendant Ryan Bailey was indicted on federal charges. CJA Panel Attorney Michael McKneely was appointed as trial counsel to represent Mr. Bailey on December 1, 2021 in his criminal case. Mr. Bailey was sentenced pursuant to a plea agreement on August 14, 2023 and judgment was entered on the Court's docket on August 17, 2023 (ECF 54.) The deadline for filing a direct appeal was August 31, 2023. No direct appeal was filed. Mr. Bailey was in custody at sentencing. The trial phase of Mr. Bailey's criminal case has, therefore, concluded. Having completed his representation of Mr. Bailey, Mr. McKneely now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Bailey require further legal assistance he has been advised to contact

the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721, or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

      Respectfully submitted,

DATED: September 1, 2023         McKNEELY LAW FIRM

                                       By:  s/ Michael McKneely
                                                Michael McKneely
                                                Attorneys for Ryan Bailey

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

# ORDER

Having reviewed the motion, and finding that attorney McKneely has completed the services for which he was appointed, the Court hereby grants Mr. McKneely's request for leave to withdraw as defense counsel in this matter. Should Mr. Bailey seek further legal assistance, he is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721 or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the re-appointment of counsel to assist him.

The Clerk of the Court is directed to serve a copy of this order on Mr. Bailey at the following address, and to update the docket to reflect Mr. Bailey's *pro se* status, and contact information.

> Ryan Bailey (Register No. 76503-509)
> P.O. Box 638
> McFarland, California 93250

IT IS SO ORDERED.

Dated: **September 1, 2023**

*[signature]*
UNITED STATES DISTRICT JUDGE